UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 23, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD MARKHAM,<br><br>Defendant. | Case No. 1:08-cr-00065-LJO<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDWARD MARKHAM ,

Case No. 1:08-cr-00065-LJO  Charge 18 USC 3583 , from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other): Release at 9:00 AM on April 24, 2019 to the

**X** Probation Dept./Federal Defender for transportation to Pete's Place.✱

Issued at Sacramento, California on April 23, 2019 at 2:15 pm

By: *[signature]*

Magistrate Judge Carolyn K. Delaney

✱ Also ordered to appear at Fresno Courthouse on 4/30/2019 at 2:00 pm in front of Judge Grosjean.